## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN YOLDA )<br><br>Plaintiff, )<br><br>v. )<br><br>DISCOVER BANK; BANK OF )<br>AMERICA, N.A.; CITIBANK, N.A.; )<br>CHASE BANK USA, N.A.; )<br>TRANSUNION, LLC; EXPERIAN )<br>INFORMATION SOLUTIONS, INC; )<br>and EQUIFAX INC. )<br><br>Defendants. ) | CASE NO. 3:14-cv-00788 (JBA) |

### EXPERIAN INFORMATION SOLUTIONS, INC'S ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

NOW COMES defendant Experian Information Solutions, Inc. ("Experian") by its undersigned counsel, and in answer to the Amended Complaint, states as follows:

### AMENDED COMPLAINT AND JURY DEMAND

In response to the unnumbered paragraph of the Amended Complaint captioned "Amended Complaint and Jury Demand," without conceding whether or not Plaintiff states any viable claim for relief, Experian admits that it states that Plaintiff has filed a complaint against Experian and certain other named Defendants

### SUMMARY AND INTRODUCTION

In response to the unnumbered paragraph of the Amended Complaint captioned "Summary and Introduction," Experian admits that it states that Plaintiff seeks to hold Experian liable for alleged improper reporting of negative credit information.  Experian denies that

Plaintiff is entitled to any relief from Experian.  As to the remaining allegations in this unnumbered paragraph of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation therein.  Experian further states that to the extent this unnumbered paragraph contains legal conclusions, it is not subject to denial or admission.

## PARTIES

1.       In response to paragraph 1 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 1 of the Amended Complaint.  Experian further states that to the extent paragraph 1 contains legal conclusions, it is not subject to denial or admission.

2.       In response to paragraph 2 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 2 of the Amended Complaint.  Experian further states that to the extent paragraph 2 contains legal conclusions, it is not subject to denial or admission.

3.       In response to paragraph 3 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 3 of the Amended Complaint.  Experian further states that to the extent paragraph 3 contains legal conclusions, it is not subject to denial or admission.

4.      In response to paragraph 4 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 4 of the Amended Complaint.  Experian further states that to the extent paragraph 4 contains legal conclusions, it is not subject to denial or admission.

5.      In response to paragraph 5 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 5 of the Amended Complaint.  Experian further states that to the extent paragraph 5 contains legal conclusions, it is not subject to denial or admission.

6.      In response to paragraph 6 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 6 of the Amended Complaint.  Experian further states that to the extent paragraph 6 contains legal conclusions, it is not subject to denial or admission.

7.      In response to paragraph 7 of the Amended Complaint, Experian admits that it is an Ohio corporation, with its principal place of business in Costa Mesa, California.  Experian further admits that it is qualified to do business and does conduct business in the State of Connecticut.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 7 of the Amended Complaint.

8.      In response to paragraph 8 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 8 of the

Amended Complaint.  Experian further states that to the extent paragraph 8 contains legal conclusions, it is not subject to denial or admission.

## JURISDICTION AND VENUE

9.      In response to paragraph 9 of the Amended Complaint, Experian states that it is a legal conclusion which is not subject to denial or admission.

10.     In response to paragraph 10 of the Amended Complaint, Experian states that it is a legal conclusion which is not subject to denial or admission.

11.     In response to paragraph 11 of the Amended Complaint, Experian states that it is a legal conclusion which is not subject to denial or admission.

## GENERAL FACTUAL BACKGROUND

12.     In response to paragraph 12 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 12 of the Amended Complaint.

13.     In response to paragraph 13 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 13 of the Amended Complaint.

14.     In response to paragraph 14 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 14 of the Amended Complaint.  Experian further states that to the extent paragraph 14 contains legal conclusions, it is not subject to denial or admission.

15.     In response to paragraph 15 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 15 of the Amended Complaint

16.     In response to paragraph 16 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 16 of the Amended Complaint.

17.     In response to paragraph 17 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 17 of the Amended Complaint.

18.     In response to paragraph 18 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 18 of the Amended Complaint

19.     In response to paragraph 19 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 19 of the Amended Complaint.

20.     In response to paragraph 20 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 20 of the

Amended Complaint.  Experian further states that to the extent paragraph 20 contains legal conclusions, it is not subject to denial or admission.

21.     In response to paragraph 21 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 21 of the Amended Complaint.

22.     In response to paragraph 22 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 22 of the Amended Complaint.

23.     In response to paragraph 23 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 23 of the Amended Complaint.  Experian further states that to the extent paragraph 23 contains legal conclusions, it is not subject to denial or admission.

24.     In response to paragraph 24 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 24 of the Amended Complaint.

25.     In response to paragraph 25 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 25 of the

Amended Complaint.  Experian further states that to the extent paragraph 25 contains legal conclusions, it is not subject to denial or admission.

26.      In response to paragraph 26 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 26 of the Amended Complaint.

## COUNT  ONE: Violations of Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* Against Discovery, BOA, Chase

27.      In response to paragraph 27 of the Amended Complaint, Experian incorporates its responses in paragraphs 1 through 26 above as if fully set forth herein.

28.      In response to paragraph 28 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 28 of the Amended Complaint.  Experian further states that to the extent paragraph 28 contains legal conclusions, it is not subject to denial or admission.

29.      In response to paragraph 29 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 29 of the Amended Complaint.  Experian further states that to the extent paragraph 29 contains legal conclusions, it is not subject to denial or admission.

30.      In response to paragraph 30 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 30 of the Amended Complaint.

31.     In response to paragraph 31 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 31 of the Amended Complaint.  Experian further states that to the extent paragraph 31 contains legal conclusions, it is not subject to denial or admission.

32.     In response to paragraph 32 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 32 of the Amended Complaint.  Experian further states that to the extent paragraph 32 contains legal conclusions, it is not subject to denial or admission.

33.     In response to paragraph 33 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 33 of the Amended Complaint.  Experian further states that to the extent paragraph 33 contains legal conclusions, it is not subject to denial or admission.

34.     In response to paragraph 34 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 34 of the Amended Complaint.  Experian further states that to the extent paragraph 34 contains legal conclusions, it is not subject to denial or admission.

35.     In response to paragraph 35 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 35 of the

Amended Complaint. Experian further states that to the extent paragraph 35 contains legal conclusions, it is not subject to denial or admission.

36.     In response to paragraph 36 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 36 of the Amended Complaint. Experian further states that to the extent paragraph 36 contains legal conclusions, it is not subject to denial or admission.

37.     In response to paragraph 37 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 37 of the Amended Complaint. Experian further states that to the extent paragraph 37 contains legal conclusions, it is not subject to denial or admission.

38.     In response to paragraph 38 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 38 of the Amended Complaint. Experian further states that to the extent paragraph 38 contains legal conclusions, it is not subject to denial or admission.

## COUNT TWO: Violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* Against Credit Card Defendants

39.     In response to paragraph 39 of the Amended Complaint, Experian incorporates its responses in paragraphs 1 through 38 above as if fully set forth herein.

40.     In response to paragraph 40 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 40 of the Amended Complaint that relate to the other

defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 40 of the Amended Complaint.

41.    In response to paragraph 41 of the Amended Complaint and all of the subparts thereto, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 41 of the Amended Complaint and the subparts thereto that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 41 of the Amended Complaint and the subparts thereto.

42.    In response to paragraph 42 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 42 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 42 of the Amended Complaint.

43.    In response to paragraph 43 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 43 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 43 of the Amended Complaint.

**COUNT THREE: Violations of the Fair Debt Collection Practice Act, 15 U.S.C. § 1692 *et seq.* Against Credit Card Defendants**

[DELETED BY PLAINTIFF]

**COUNT FOUR: Violations of the Fair Debt Collection Practice Act, 15 U.S.C. *et seq.* Against Credit Agency Defendants**

44.     In response to paragraph 44 of the Amended Complaint, Experian incorporates its responses in paragraphs 1 through 43 above as if fully set forth herein.

45.     In response to paragraph 45 of the Amended Complaint and all of the subparts thereto, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 45 of the Amended Complaint and the subparts thereto that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 45 of the Amended Complaint and the subparts thereto.

46.     In response to paragraph 46 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 46 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 46 of the Amended Complaint.

47.     In response to paragraph 47 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 47 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the

truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 47 of the Amended Complaint.

## COUNT FIVE: Defamation of Credit Against Credit Card Defendants

48.     In response to paragraph 48 of the Amended Complaint, Experian incorporates its responses in paragraphs 1 through 47 above as if fully set forth herein.

49.     In response to paragraph 49 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 49 of the Amended Complaint.  Experian further states that to the extent paragraph 49 contains legal conclusions, it is not subject to denial or admission.

50.     In response to paragraph 50 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 50 of the Amended Complaint.  Experian further states that to the extent paragraph 50 contains legal conclusions, it is not subject to denial or admission.

51.     In response to paragraph 51 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 51 of the Amended Complaint.  Experian further states that to the extent paragraph 51 contains legal conclusions, it is not subject to denial or admission.

## COUNT SIX: Defamation of Credit Against Credit Agency Defendants

52.     In response to paragraph 52 of the Amended Complaint, Experian incorporates its responses in paragraphs 1 through 51 above as if fully set forth herein.

53.     In response to paragraph 53 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 53 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 53 of the Amended Complaint.

54.     In response to paragraph 54 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 54 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 54 of the Amended Complaint.

55.     In response to paragraph 55 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 55 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 55 of the Amended Complaint.

**COUNT SEVEN: Unfair Trade Practice Against Credit Card Defendants**

56.     In response to paragraph 56 of the Amended Complaint, Experian incorporates its responses in paragraphs 1 through 55 above as if fully set forth herein.

57.     In response to paragraph 57 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on

that basis, denies, generally and specifically, each and every allegation of paragraph 57 of the Amended Complaint.  Experian further states that to the extent paragraph 57 contains legal conclusions, it is not subject to denial or admission.

58.     In response to paragraph 58 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 58 of the Amended Complaint.  Experian further states that to the extent paragraph 58 contains legal conclusions, it is not subject to denial or admission.

59.     In response to paragraph 59 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 59 of the Amended Complaint.  Experian further states that to the extent paragraph 59 contains legal conclusions, it is not subject to denial or admission.

## COUNT EIGHT: Unfair Trade Practice Against Credit Agency Defendants

60.     In response to paragraph 60 of the Amended Complaint, Experian incorporates its responses in paragraphs 1 through 59 above as if fully set forth herein.

61.     In response to paragraph 61 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 61 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 61 of the Amended Complaint.

62.     In response to paragraph 62 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 62 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 62 of the Amended Complaint.

63.     In response to paragraph 63 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 63 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 63 of the Amended Complaint.

In response to the unnumbered paragraph of the Amended Complaint beginning with "WHEREFORE" and all of the subparts thereto, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies the remaining allegations contained therein, generally and specifically, on the basis that Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations. Experian further specifically denies that Plaintiff is entitled to judgment against, or any relief whatsoever from, Experian.  Experian further states that to the extent this unnumbered paragraph contains legal conclusions, it is not subject to denial or admission.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (FAILURE TO STATE A CLAIM)

The Amended Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

### SECOND AFFIRMATIVE DEFENSE

### (IMMUNITY)

All claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

### THIRD AFFIRMATIVE DEFENSE

### (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

### FOURTH AFFIRMATIVE DEFENSE

### (INDEMNIFICATION)

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

### FIFTH AFFIRMATIVE DEFENSE

### (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate his damages.

## SIXTH AFFIRMATIVE DEFENSE

### (LACHES)

The Amended Complaint and each claim for relief therein is barred by laches.

## SEVENTH AFFIRMATIVE DEFENSE

### (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and resulted from Plaintiffs own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## EIGHTH AFFIRMATIVE DEFENSE

### (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and barred from recovery of any damages.

## NINTH AFFIRMATIVE DEFENSE

### (STATUTE OF LIMITATIONS)

Experian is informed and believes and thereon alleges that all claims for relief in the Amended Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## TENTH AFFIRMATIVE DEFENSE

### (UNCLEAN HANDS)

The Amended Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

## ELEVENTH AFFIRMATIVE DEFENSE

## (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

WHEREFORE, Defendant Experian Solutions, Inc. prays as follows:

(1)     That Plaintiff take nothing by virtue of the Amended Complaint herein and that this action be dismissed in its entirety;

(2)     For costs of suit and attorneys' fees herein incurred; and

(3)     For such other and further relief as the Court may deem just and proper.

Dated: October 8, 2014                          Respectfully submitted,

                                                /s/ Keith M. Kollmeyer

                                                Keith M. Kollmeyer (phv05861)
                                                Jones Day
                                                100 High Street
                                                21st Floor
                                                Boston, MA 02110
                                                Phone: (617) 449-6905
                                                Fax: (617) 449-6999
                                                Email: kkollmeyer@jonesday.com

                                                *Attorney for Defendant*
                                                *Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 8, 2014 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


Dated: October 8, 2014          /s/ Keith M. Kollmeyer_____

Keith M. Kollmeyer (phv05861)
Jones Day
100 High Street
21st Floor
Boston, MA 02110
Phone: (617) 449-6905
Fax: (617) 449-6999
Email: kkollmeyer@jonesday.com